# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-07542-JHN-FFMx | Date | February 14, 2011 |
|---|---|---|---|
| Title | Lucky Kim International Inc. et al v. I & J Ltd. et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE SANCTIONS AND CONTINUING PRETRIAL CONFERENCE AND TRIAL  (In Chambers)

On November 10, 2010, the Court issued an order setting a final pretrial conference in this action on February 28, 2011, and a trial date of March 22, 2011. (Docket no. 99.) The concurrently issued Order re Jury Trial set forth deadlines for pretrial filings. Among these deadlines, the parties were ordered to file memoranda of contentions of fact and law, witness lists, and a joint exhibit list no later than 21 days before the final pre-trial conference, or by February 7, 2011. To date, the Court has received no pretrial filings from the parties.

**Accordingly, Plaintiffs Lucky Kim International Inc., Kyo Bong Kim, and Hyo Sook Kim and Defendant Seo In Corp. are ORDERED TO SHOW CAUSE, in writing, not later than February 22, 2011, at noon as to why the Court should not impose sanctions for failure to comply with the Court's Order re Jury Trial.**

**The Court hereby continues the final pretrial conference to March 21, 2011, and the trial to April 19, 2011. The parties are ORDERED to comply with all deadlines regarding pretrial filings set forth in the Order re Jury Trial.**

**Failure to comply with this Order may result in the imposition of sanctions.**

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |