JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LUCKY KIM INTERNATIONAL, INC. et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SEO IN CORPORATION, et al.<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIMS. | CASE NO. 2:09-cv-07542-JHN-FFMx<br><br>**JUDGMENT IN FAVOR OF COUNTER-DEFENDANTS**<br><br>JUDGE JACQUELINE H. NGUYEN |
|---|---|

In accord with the Findings of Fact and Conclusions of Law issued this date, the Court hereby ORDERS as follows:

1. Counter-Plaintiff Seo In Corporation shall take nothing on its counter-claim for defamation against Counter-Defendants Lucky Kim International, Inc., and Hyo Sook Kim;
2. Judgment is entered in favor of Counter-Defendants; and
3. Counter-Defendants shall recover their costs on the counter-claim for defamation.

Dated: July 21, 2011

HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

1