1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11   LUCKY KIM INTERNATIONAL, INC. et al.

                                            CASE No.: 2:09-cv-07542-JHN-FFMx
12             Plaintiffs,
                                            **AMENDED JUDGMENT**
13   v.
                                            HON. JACQUELINE H. NGUYEN
14   SEO IN CORPORATION, et al.

15

16             Defendants.

17   AND RELATED COUNTER-CLAIMS.

18

19

20        In accordance with the Court's Order Granting in Part and Denying in Part Defendant's

21   Motion for Summary Judgment, issued on February 8, 2011 (docket no. 123) and the Court's

22   Finding of Fact and Conclusions of Law issued on July 21, 2011 (docket no. 176), the Court

23   hereby ORDERS as follows:

24        1.   Plaintiff Lucky Kim International, Inc., Kyu Bong Kim, and Hyo Sook Kim shall

25             take nothing on their claims for intentional interference with contract, breach of

26             implied covenant of good faith and fair dealing, intentional infliction of emotional

27             distress, and injunctive relief;

28

2.    Counter-Plaintiff Seo In Corporation shall recover on its claim for breach of contract against Lucky Kim International, Inc., for a total amount of **$134,481.71 consisting of** the principal amount of **$111,301.83** and prejudgment interest in the amount of **$23,179.88**.

3.    Judgment is entered in favor of Defendant/Counter-Plaintiff Seo In Corporation as to Plaintiff's claims for intentional interference with contract, breach of implied covenant of good faith and fair dealing, intentional infliction of emotional distress, and injunctive relief, and as to Counter-Plaintiff's claim for breach of contract;

4.    Defendant/Counter-Plaintiff shall recover its costs on its claim for breach of contract, and on Plaintiff's claims for intentional interference with contract, breach of implied covenant of good faith and fair dealing, intentional infliction of emotional distress, and injunctive relief.

5.    Counter-Plaintiff shall take nothing on its counter-claim for defamation against Counter-Defendants Lucky Kim International, Inc. and Hyo Sook Kim;

6.    Judgment is entered in favor of Counter-Defendants on Counter-Plaintiff's counter-claim for defamation; and

7.    Counter-Defendants shall recover their costs on the counter-claim for defamation.

Dated: September 15, 2011

Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT JUDGE